1  ROBERT P. MOLINA, ESQ.
   PYATT SILVESTRI & HANLON
2  701 Bridger Avenue, Suite 600
   Las Vegas, Nevada 89101
3  (702) 383-6000
   (702) 384-2572 (Fax)
4  rmolina@psh-law.com
   Associated Attorney for Defendant/Crossclaimant
5  W &W PARTNERSHIP

6

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY BRUE, | CASE NO.: 2:09-cv-00585 |
| Plaintiff, | |
| vs. | |
| WAL-MART STORES, INC. dba WAL MART STORE #1584; W & W PARTNERSHIP; DOE EMPLOYEES 1 through 5; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive; | **VOLUNTARY DISMISSAL OF CROSS-CLAIM WITHOUT PREJUDICE** |
| Defendants. | |
| W & W PARTNERSHIP, | |
| Crossclaimant, | |
| vs. | |
| WAL-MART STORES, INC. and DOES 1 through 10, inclusive, | |
| Crossdefendant. | |

24  ///
25  ///
26  ///
27  ///
28  ///

## VOLUNTARY DISMISSAL OF CROSS-CLAIM WITHOUT PREJUDICE

COMES NOW Crossclaimant W & W PARTNERSHIP, by and through its attorney, Robert P. Molina, Esq. of the law firm of Pyatt Silvestri & Hanlon, and hereby voluntarily dismisses its Cross-Claim against Crossdefendant WAL-MART STORES, INC. without prejudice, each party to bear its own attorney's fees and costs.

DATED this 28 day of May, 2009.

PYATT SILVESTRI & HANLON

_____
ROBERT P. MOLINA, ESQ.
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 384-2572 (Fax)
rmolina@psh-law.com
Attorney for Defendant/Crossclaimant
W &W PARTNERSHIP

IT IS SO ORDERED.

Dated: June 1, 2009

_____
US District Judge