1  JENNIFER LEWKOWSKI, ESQ.
   Nevada Bar No. 10823
2  PHILLIPS, SPALLAS & ANGSTADT LLC
3  504 S. Ninth St.
   Las Vegas, Nevada 89101
4  (702) 938-1510
   jlewkowski@psalaw.net
5

6  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*

7
                           UNITED STATES DISTRICT COURT
8
                                  DISTRICT OF NEVADA
9

10 BETTY BRUE,                            Case No.: 2:09-cv-00585-KJD-RJJ

11                 Plaintiff,             **STIPULATION AND ORDER FOR**
      vs.                                 **DISMISSAL WITH PREJUDICE**
12
   WAL-MART STORES, INC. dba WAL-
13 MART STORE #1584; DOE EMPLOYEES 1
   through 5, DOES 1 through 10, and ROE
14 CORPORATIONS 1 through 10, inclusive,

15
                   Defendants.
16

17      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18 counsel of record, that the above-captioned matter be dismissed, with prejudice, each party to

19

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///
27

28

- 1 -

bear their own costs and attorney's fees.

DATED this 20 day of January, 2011.

| PHILLIPS, SPALLAS & ANGSTADT, LLC | MAINOR EGLET |
|---|---|
| *signature* | *signature* |
| JENNIFER LEWKOWSKI, ESQ. | DAVID T. WALL, ESQ |
| Nevada Bar No. 10823 | Nevada Bar No. 002805 |
| 504 S. Ninth Street | 400 S. Fourth Street, Suite 600 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Defendant Wal-Mart Stores, Inc.* | *Attorneys for Plaintiff* |

***

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this ___21___ day of January, 2011.

*signature*

_____
**DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

*signature*

JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
*Attorneys for Defendant
Wal-Mart Stores, Inc.*